February 22, 1980.

425 A.2d 843

Commonwealth v. Bailey, Appellant.

Submitted December 8, 1978. George E. Lepley, Jr., for appellant; William S. Kieser, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.*

The order of March 16, 1978 and the judgment of sentence are affirmed.

* Judge Donald E. Wieand is sitting by special designation.